■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VERNON PATRICK Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus, denied, upon the ground that it appears from the

papers that petitioner is not illegally detained (CPLR 7003, subd [a]). Main, J. P., Casey, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.